# EXHIBIT A

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| 1. A method to estimate a refined sub-pixel minimum vector position during a frame conversion, the method comprising: | Luminator Technology Group Global, LLC ("LTGG" or "Defendant"), using (including via testing), Luminator Technology Group H.265/HEVC compatible devices, including, but not limited to, the RoadRunner Pro system, RoadRunner 4K Recorder, RoadRunner HD Camera Interior Forward-Facing Camera, RoadRunner Pro Forward-Facing Camera, RoadRunner Pro 4K Forward-Facing Camera, RoadRunner Pro Exterior Street-Side / Curb-Side Camera, RoadRunner Pro Interior Dome Camera, and the RoadRunner Pro 360° Camera, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), performs and/or instructs its agents, affiliates, and/or customers to perform a method to estimate a refined sub-pixel minimum vector position during a frame conversion, and thereby infringes claim 1.<br><br>For example, the RoadRunner Pro system performs such a method as part of H.265/HEVC video compression, which utilizes fractional-pel motion estimation in inter-frame coding to estimate sub-pixel motion vectors. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| |  (https://luminator.com/en-us/products/on-board-recorders/video/roadrunner-pro.html) (RoadRunner_Pro_data_sheet.pdf, Page 2 of 3)  Additional products offered by Luminator Technology Group that implement H.265/HEVC video compression and perform the claimed method include the **RoadRunner 4K Recorder, RoadRunner HD Camera Interior Forward-Facing Camera, RoadRunner Pro Forward-Facing Camera, RoadRunner Pro 4K Forward-Facing Camera, RoadRunner Pro Exterior Street-Side / Curb-** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
|  | **Side Camera, RoadRunner Pro Interior Dome Camera, and the RoadRunner Pro 360° Camera.** These products incorporate HEVC (H.265) encoding and/or decoding functionality, consistent with the operations required by the claimed method. Evidence demonstrating implementation of the HEVC standard in these devices is set forth below.<br><br>**RoadRunner 4K Recorder**<br><br><br><br>(https://www.ebay.com/itm/374606557745) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | **RoadRunner HD Camera**<br><br><br><br>(https://www.ebay.com/itm/126256645214)<br><br>(Luminator_RR-HDCF1-Datasheet033021.pdf, Page 2 of 2)<br><br>**RoadRunner Pro Forward-Facing Camera** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | <br><br>(https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner-pro-forward-facing-camera.html)<br><br>(RR-Pro-IPC-Forward-Facing_Camera_data-sheet_v2.pdf, Page 2 of 3)<br><br>**RoadRunner Pro 4K Forward-Facing Camera** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | (https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner-pro-4k-forward-facing-camera.html)<br><br>(RR-Pro-4k-Forward-Facing_Camera_data-sheet.pdf, Page 2 of 3)<br><br>**RoadRunner Pro Exterior Street-Side / Curb-Side Camera** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
|  | <br><br>(https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner%E2%84%A2-pro-exterior-street-side-camera.html)<br><br>(RR-Pro-Exterior-Street-Side_Curb-Side-Camera_data_sheet_v2.pdf, Page 2 of 3)<br><br>**RoadRunner Pro Interior Dome Camera** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | <br><br>(https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner-pro-interior-dome-camera.html)<br><br>(RoadRunner-Pro-Interior-Dome-Camera_Data-Sheet.pdf, Page 2 of 3)<br><br>**RoadRunner Pro 360 Camera** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| |  (https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner%E2%84%A2-pro-360-camera.html)<br><br>(RR-Pro-360_Camera_Datasheet.pdf, Page 2 of 3) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | Table 7: Motion estimation parameters <br><br> | Option | Default | Description | <br> |---|---|---| <br> | FastSearch | 1 | Enables or disables the use of a fast motion search. <br>    0   Full search method <br>    1   Fast search method - TZSearch <br>    2   Predictive motion vector fast search method <br>    3   Extended TZSearch method | <br> | SearchRange (-sr) | 96 | Specifies the search range used for motion estimation. <br> Note: the search range is defined around a predictor. Motion vectors derived by the motion estimation may thus have values larger than the search range. | <br> | BipredSearchRange | 4 | Specifies the search range used for bi-prediction refinement in motion estimation. | <br> | ClipForBiPredMEEnabled | 0 | Enables clipping in the Bi-Pred ME, which prevents values over- or under-flowing. It is usually disabled to reduce encoder run-time. | <br> | FastMEAssumingSmootherMVEnabled | 0 | Enables fast ME assuming a smoother MV. | <br> | HadamardME | true | Enables or disables the use of the Hadamard transform in fractional-pel motion estimation. <br>    0   SAD for cost estimation <br>    1   Hadamard for cost estimation | <br><br> Continued... <br><br> (Joint Video Experts Team (JVET) of ITU-T SG16 WP3 and ISO/IEC JTC1/SC29/WG5, HM Software Manual, 2023-04-20, p. 12) |
| defining a minimum vector position value of a converged vector; | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of defining a minimum vector position value of a converged vector. <br><br> Luminator's Road Runner Pro defines a minimum vector position value (e.g., starting search position) of a converged vector (e.g., Predictive Motion Vector using Advanced Motion Vector Prediction). |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | **II. MOTION ESTIMATION IN HEVC**<br><br>Among all the coding techniques employed in HEVC, inter-frame coding, represented by Motion Estimation and Compensation (MEC), is one of the most important parts of video compression and the major contributor to compression efficiency. It is effective for finding the best matched block in the reference frames to reduce temporal redundancy, the major redundancy in video compression, between successive frames. Then, only the Motion Vector (MV), generated by ME and representing the displacement between the best matched block and the current prediction block, and the residual after Motion Compensation (MC), instead of the original video pixels, need to be encoded and stored or transmitted.<br><br>The entire ME process is made up of three coarse-to-fine procedures, namely, MV prediction, integer-pixel ME and fractional-pixel ME. First, MV prediction predicts the start search position for the following motion search by utilizing the neighboring motion information. In HEVC, Advanced Motion Vector Prediction (AMVP), a new and effective technology that predicts the starting search position by referencing the motion vector (MV) information of spatial and temporal motion vector candidates, is adopted, which derives several most probable candidates based on data from adjacent PBs and the reference picture. The displacement between the starting search position and the current coding PU is called a predictive motion vector (PMV). HEVC also introduces a merge mode to derive the motion information from spatially or temporally neighboring blocks [1].<br><br>(Zhang, Y. et al, Fast Motion Estimation in HEVC Inter Coding:  An Overview of Recent Advances, Proceedings, APSIPA Annual Summit and Conference 2018, November 2018, p. 49) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | **5.2.1.1   AMVP Candidate List Construction** <br><br> The initial design of AMVP included five MVPs from three different classes of predictors: three motion vectors from spatial neighbors, the median of the three spatial predictors and a scaled motion vector from a co-located, temporally neighboring block. Furthermore, the list of predictors was modified by reordering to place the most probable motion predictor in the first position and by removing redundant candidates to assure minimal signaling overhead. Exhaustive experiments <br><br>(Boss, B. et al., Inter-Picture Prediction in HEVC, High Efficiency Video Coding (HEVC), Algorithms and Architectures, Springer (2014), p. 117) |
| determining a predetermined number of vector correlation samples around the minimum vector position value, the predetermined number of vector correlation samples providing a coarse correlation surface estimation of the minimum vector position value; and | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of determining a predetermined number of vector correlation samples around the minimum vector position value, the predetermined number of vector correlation samples providing a coarse correlation surface estimation of the minimum vector position value. <br><br> Luminator's Road Runner Pro determines a predetermined number of vector correlation samples (e.g., integer-pixel search positions) around the minimum vector position value, the predetermined number of vector correlation samples providing a coarse correlation surface estimation (e.g., rate distortion optimization cost for integer-pixel search positions) of the minimum vector position value. <br><br> The second step is integer-pixel motion estimation, which is conducted using appropriate search strategies from the starting search position related to PMV until the best integer-pixel search position is obtained. Block matching algorithm (BMA) is the most popular search algorithm for ME because it is |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | simple to implement but also performs reasonably. The basic idea of BMA is that the frame is divided into fixed-size blocks (PUs in HEVC). The most matched block within a search window in the reference frame is obtained based on the rate-distortion cost (RDCost), which is measured in *Eqn.* (1) and (2) as follows $$RDCost(\mathbf{mv}, \lambda_{motion}) = SAD(s, r(\mathbf{mv})) + \lambda_{motion} R(\mathbf{mv} - \mathbf{pmv}) \quad (1)$$ $$SAD(s, r(\mathbf{mv})) = \sum_{i=1}^{W}\sum_{j=1}^{H} |s(i,j) - c(i-x, j-y)| \quad (2)$$ where $\mathbf{mv} = (mv_x, mv_y)$ is the MV of current PU, $\mathbf{pmv}$ is the predictive motion vector (PMV) and $\lambda_{motion}$ is the Lagrange multiplier related to the quantization parameter. $R(\mathbf{mv}\text{-}\mathbf{pmv})$ represents the number of bits for coding the difference between motion vector $\mathbf{mv}$ and predictive motion vector $\mathbf{pmv}$ based on a look-up table. SAD is the distortion between the current block $s$ and the reference block $r$ determined by $\mathbf{mv}$, which is a measurement of distortion in the process of integer-pixel ME. In *Eqn.* (2), $s(i,j)$ is the pixel value at position $(i,j)$ in the current frame; $c(i\text{-}x, j\text{-}y)$ represents the pixel value at position $(i\text{-}x, j\text{-}y)$ in the reference frame. $W$ and $H$ denote the width and height of the block, respectively. (Zhang, Y. et al, Fast Motion Estimation in HEVC Inter Coding: An Overview of Recent Advances, Proceedings, APSIPA Annual Summit and Conference 2018, November 2018, pp. 49-50) |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| performing a correlation surface fitting of the predetermined number of vector correlation samples using a quadratic approximation of the coarse correlation surface estimation of the minimum value, the correlation surface fitting resulting in a refined sub-pixel minimum vector position. | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of performing a correlation surface fitting of the predetermined number of vector correlation samples using a quadratic approximation of the coarse correlation surface estimation of the minimum value, the correlation surface fitting resulting in a refined sub-pixel minimum vector position.<br><br>Luminator's Road Runner Pro performs a correlation surface fitting (e.g., rate distortion optimization for fractional-pixels) cost of the predetermined number of vector correlation samples using a quadratic approximation (e.g., see equations 7.25-7.27 below) of the coarse correlation surface estimation of the minimum value. The correlation surface fitting resulting in a refined sub-pixel minimum vector position (e.g., optimal fractional pixel search position).<br><br>    Third, to further reduce the prediction residual, fractional-pixel motion estimation is implemented around the optimal integer-pixel position to obtain the final best-matched fractional-pixel position as the last step. Similar to integral ME, the optimal fractional pixel search position around the best integer-pixel search position is also determined according to the rate-distortion cost. In HEVC, quarter-sample precision is used for the MVs in luma component, and 7-tap or 8-tap filters are used for interpolation of fractional sample positions |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | (compared to six-tap filtering of half-sample positions followed by linear interpolation for quarter-sample positions in H.264/AVC). The fractional sample interpolation process for the chroma components is similar to the one for the luma component, except that the number of filter taps is 4 and the fractional accuracy is 1/8 for the usual 4:2:0 chroma format case (where, in H.264/MPEG-4 AVC, only two-tap bilinear filtering was applied). Thanks to the well-designed, more complicated 8-tap luma sample and 4-tap chroma sample DCT-based interpolation filter coefficients, HEVC tends to improve the total encoding performance by more than 10% compared with the state-of-the-art video coding standard, H.264/AVC [2], which also simultaneously brings significant computational complexity. According to the computational (Zhang, Y. et al, Fast Motion Estimation in HEVC Inter Coding: An Overview of Recent Advances, Proceedings, APSIPA Annual Summit and Conference 2018, November 2018, p. 50)<br><br>**7.4.2.3 Distortion Estimation for Encoder**<br><br>The rate-distortion optimization process [41] requires multiple calculation of the distortion between the original and reconstructed sample values. A straightforward SAO implementation would add offsets to the samples modified by deblocking and then calculate the distortion between the resulting and the original samples. To reduce the memory access and the number of operations, a fast distortion estimation method [9] can be implemented as follows. Let $k$, $s(k)$, and $x(k)$ be |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,292,283

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | sample positions, original samples, and the reconstructed samples, respectively, where $k$ belongs to $C$, the set of samples inside the CTB that belong to a specific SAO type (i.e., BO or EO), a starting band position or EO class, and a specific band or category. The distortion between original samples and reconstructed samples can be described by the following equation: $$D_{pre} = \sum_{k \in C} (s(k) - x(k))^2 \quad (7.25)$$ The distortion between the original samples and samples modified by SAO can be described by the following equation $$D_{post} = \sum_{k \in C} (s(k) - (x(k) + h))^2 \quad (7.26)$$ where $h$ is the offset for the sample set. The distortion change is defined by the following equation: $$\Delta D = D_{post} - D_{pre} = \sum_{k \in C} (h^2 - 2h(s(k) - x(k))) = Nh^2 - 2hE \quad (7.27)$$ where $N$ is the number of samples in the set, and $E$ is the sum of differences between the original samples and the reconstructed samples (before SAO) as defined by the following equation: $$E = \sum_{k \in C} (s(k) - x(k)) \quad (7.28)$$ Please note that the sample classification and (7.28) can be calculated right after the input samples become available after the deblocking filtering. Thus, $N$ and $E$ can be calculated only once and stored. Then, the delta rate-distortion cost is defined as follows: $$\Delta J = \Delta D + \lambda R \quad (7.29)$$ where $\lambda$ is the Lagrange multiplier, and $R$ represents the estimated bits of side information. (Norkin, A. et al., In-Loop Filters in HEVC, High Efficiency Video Coding (HEVC), Algorithms and Architectures, Springer (2014), p. 195) |

INTEGRAL WIRELESS TECHNOLOGIES LLC

Page |A-17

U.S. Patent No. 7,292,283

**INTEGRAL WIRELESS TECHNOLOGIES LLC**