# EXHIBIT B

U.S. Patent No. 7,310,537

| Claim 26 | Luminator Technology Group Global, LLC |
|---|---|
| 26. A station, comprising: | Luminator Technology Group Global, LLC ("LTGG" or "Defendant"), makes, uses (including via testing), sells, offers for sale, and/or imports, Luminator Technology Group 5G compatible devices, including but not limited to, Road Runner Pro, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 26.<br><br>Road Runner Pro is a station.<br><br><br><br>https://luminator.com/en-us/products/on-board-recorders/video/roadrunner-pro.html |
| antenna unit configured to receive signals transmitted | The Accused Products comprise antenna unit configured to receive signals transmitted from another station on multiple beams. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

| Claim 26 | Luminator Technology Group Global, LLC |
|---|---|
| from another station on multiple beams; and | Road Runner Pro comprises antenna unit configured to receive signals (e.g., CSI-RS, downlink data, etc.) transmitted from another station (e.g., gNB) on multiple beams (e.g., in a MIMO configuration).<br><br>### 5G NR Downlink CSI Reporting<br><br>This example shows how to compute downlink channel state information (CSI) parameters such as the channel quality indicator (CQI), precoding matrix indicator (PMI), and rank indicator (RI), for multiple input multiple output (MIMO) scenarios, as defined in TS 38.214 Section 5.2.2, over a tapped delay line (TDL) channel. The example supports CSI parameter computation for the type I single-panel, type I multi-panel, type II codebooks, and enhanced type II codebooks.<br><br>**Introduction**<br><br>CSI parameters are the quantities related to the state of a channel. The user equipment (UE) reports CSI parameters to the access network node (gNB) as feedback. The CSI feedback includes several parameters, such as the CQI, the PMI, and the RI. The UE uses the channel state information reference signal (CSI-RS) to measure the CSI feedback. Upon receiving the CSI parameters, the gNB schedules downlink data transmissions (such as modulation scheme, code rate, number of transmission layers, and MIMO precoding) accordingly. This figure shows an overview of CSI-RS transmission, CSI computation and feedback, and the transmission of downlink data that is scheduled based on the CSI parameters.<br><br><br><br>(https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

| Claim 26 | Luminator Technology Group Global, LLC |
|---|---|
| | 5.2.2.3  Reference signal (CSI-RS) |
| | 5.2.2.3.1  NZP CSI-RS |
| | The UE can be configured with one or more NZP CSI-RS resource set configuration(s) as indicated by the higher layer parameters *CSI-ResourceConfig*, and *NZP-CSI-RS-ResourceSet*. Each NZP CSI-RS resource set consists of $K \geq 1$ NZP CSI-RS resource(s). |
| | (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), p. 93) |
| a controller for identifying beams based on beam identity information associated with signals received from the other station, | The Accused Products comprise a controller for identifying beams based on beam identity information associated with signals received from the other station. |
| | Road Runner Pro comprises a controller (e.g., processor) for identifying beams based on beam identity information (e.g., nrofPorts, density, scramblingID, etc.) associated with signals (e.g., CSI-RS, downlink data, etc.) received from the other station. |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,310,537

| Claim 26 | Luminator Technology Group Global, LLC |
|---|---|
| | 5.2.2.3    Reference signal (CSI-RS)<br><br>5.2.2.3.1    NZP CSI-RS<br><br>The UE can be configured with one or more NZP CSI-RS resource set configuration(s) as indicated by the higher layer parameters *CSI-ResourceConfig*, and *NZP-CSI-RS-ResourceSet*. Each NZP CSI-RS resource set consists of $K \geq 1$ NZP CSI-RS resource(s).<br><br>The following parameters for which the UE shall assume non-zero transmission power for CSI-RS resource are configured via the higher layer parameter *NZP-CSI-RS-Resource*, *CSI-ResourceConfig* and *NZP-CSI-RS-ResourceSet* for each CSI-RS resource configuration:<br>- *nzp-CSI-RS-ResourceId* determines CSI-RS resource configuration identity.<br>- *periodicityAndOffset* defines the CSI-RS periodicity and slot offset for periodic/semi-persistent CSI-RS. All the CSI-RS resources within one set are configured with the same periodicity, while the slot offset can be same or different for different CSI-RS resources.<br>- *resourceMapping* defines the number of ports, CDM-type, and OFDM symbol and subcarrier occupancy of the CSI-RS resource within a slot that are given in Clause 7.4.1.5 of [4, TS 38.211].<br>- *nrofPorts* in *resourceMapping* defines the number of CSI-RS ports, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211].<br>- *density* in *resourceMapping* defines CSI-RS frequency density of each CSI-RS port per PRB, and CSI-RS PRB offset in case of the density value of 1/2, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211]. For density 1/2, the odd/even PRB allocation indicated in *density* is with respect to the common resource block grid.<br>- *cdm-Type* in *resourceMapping* defines CDM values and pattern, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211].<br>- *powerControlOffset*: which is the assumed ratio of PDSCH EPRE to NZP CSI-RS EPRE when UE derives CSI feedback and takes values in the range of [-8, 15] dB with 1 dB step size.<br>- *powerControlOffsetSS*: which is the assumed ratio of NZP CSI-RS EPRE to SS/PBCH block EPRE.<br>- *scramblingID* defines scrambling ID of CSI-RS with length of 10 bits.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), p. 93) |
| wherein a set of beams that are geometrically distinguished from each other is selected for transmission of signals between a first station and a second station based on | The Accused Products comprise a set of beams that are geometrically distinguished from each other is selected for transmission of signals between a first station and a second station based on information of the identified beams.<br><br>Road Runner Pro comprise wherein a set of beams that are geometrically distinguished (e.g., orthogonal) from each other is selected (e.g., for Precoding Matrix Indicator (PMI) selection) for transmission of signals between a first station and a second station based on information of the identified beams. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

| Claim 26 | Luminator Technology Group Global, LLC |
|---|---|
| information of the identified beams. | 5.2.1.4   Reporting configurations<br><br>The UE shall calculate CSI parameters (if reported) assuming the following dependencies between CSI parameters (if reported)<br><br>- LI shall be calculated conditioned on the reported CQI, PMI, RI and CRI<br>- CQI shall be calculated conditioned on the reported PMI, RI and CRI<br>- PMI shall be calculated conditioned on the reported RI and CRI<br><br>*3GPP*<br><br>Release 16                                                            51                             3GPP TS 38.214 V16.2.0 (2020-06)<br><br>- RI shall be calculated conditioned on the reported CRI.<br><br>The Reporting configuration for CSI can be aperiodic (using PUSCH), periodic (using PUCCH) or semi-persistent (using PUCCH, and DCI activated PUSCH). The CSI-RS Resources can be periodic, semi-persistent, or aperiodic. Table 5.2.1.4-1 shows the supported combinations of CSI Reporting configurations and CSI-RS Resource configurations and how the CSI Reporting is triggered for each CSI-RS Resource configuration. Periodic CSI-RS is configured by higher layers. Semi-persistent CSI-RS is activated and deactivated as described in Clause 5.2.1.5.2. Aperiodic CSI-RS is configured and triggered/activated as described in Clause 5.2.1.5.1.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), pp. 50-51) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

| Claim 26 | Luminator Technology Group Global, LLC |
|---|---|
| | **5.2.2.2.3    Type II Codebook**<br><br>For 4 antenna ports {3000, 3001, ..., 3003}, 8 antenna ports {3000, 3001, ..., 3007}, 12 antenna ports {3000, 3001, ..., 3011}, 16 antenna ports {3000, 3001, ..., 3015}, 24 antenna ports {3000, 3001, ..., 3023}, and 32 antenna ports {3000, 3001, ..., 3031}, and the UE configured with higher layer parameter *codebookType* set to 'typeII'<br><br>- The values of $N_1$ and $N_2$ are configured with the higher layer parameter *n1-n2-codebookSubsetRestriction*. The supported configurations of $(N_1, N_2)$ for a given number of CSI-RS ports and the corresponding values of $(O_1, O_2)$ are given in Table 5.2.2.2.1-2. The number of CSI-RS ports, $P_{\text{CSI-RS}}$, is $2N_1 N_2$.<br><br>- The value of $L$ is configured with the higher layer parameter *numberOfBeams*, where $L=2$ when $P_{\text{CSI-RS}} = 4$ and $L \in \{2,3,4\}$ when $P_{\text{CSI-RS}} > 4$.<br><br>Release 16          76          3GPP TS 38.214 V16.2.0 (2020-06)<br><br>- The value of $N_{\text{PSK}}$ is configured with the higher layer parameter *phaseAlphabetSize*, where $N_{\text{PSK}} \in \{4, 8\}$.<br>- The UE is configured with the higher layer parameter *subbandAmplitude* set to 'true' or 'false'.<br>- The UE shall not report RI > 2.<br><br>When $\upsilon \leq 2$, where $\upsilon$ is the associated RI value, each PMI value corresponds to the codebook indices $i_1$ and $i_2$, where<br><br>$i_1 = \begin{cases} [i_{1,1}\ i_{1,2}\ i_{1,3,1}\ i_{1,4,1}] & \upsilon = 1 \\ [i_{1,1}\ i_{1,2}\ i_{1,3,1}\ i_{1,4,1}\ i_{1,3,2}\ i_{1,4,2}] & \upsilon = 2 \end{cases}$<br><br>$i_2 = \begin{cases} [i_{2,1,1}] & subbandAmplitude = \text{'false'},\ \upsilon = 1 \\ [i_{2,1,1}\ i_{2,1,2}] & subbandAmplitude = \text{'false'},\ \upsilon = 2 \\ [i_{2,1,1}\ i_{2,2,1}] & subbandAmplitude = \text{'true'},\ \upsilon = 1 \\ [i_{2,1,1}\ i_{2,1,2}\ i_{2,2,1}\ i_{2,2,2}] & subbandAmplitude = \text{'true'},\ \upsilon = 2 \end{cases}$<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), pp. 75-76) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

| Claim 26 | Luminator Technology Group Global, LLC |
|---|---|
| | **PMI Selection**<br><br>The PMI consists of a set of indices corresponding to the precoding matrix. The gNB can apply this precoding matrix for the downlink data transmission. The hDLPMISelect function reports a precoding matrix by considering a codebook from these supported codebooks:<br><br>• Type I single-panel codebooks, as defined in TS 38.214 Tables 5.2.2.2.1-1 to 5.2.2.2.1-12<br>• Type I multi-panel codebooks, as defined in TS 38.214 Tables 5.2.2.2.2-1 to 5.2.2.2.2-6<br>• Type II codebooks, as defined in TS 38.214 Tables 5.2.2.2.1 to 5.2.2.2.3-5<br>• Enhanced type II codebooks, as defined in TS 38.214 Tables 5.2.2.2.5-1 to 5.2.2.2.5-6<br><br>The PMI selection is based on the codebook type, the number of transmission layers, and other CSI reporting configuration parameters such as antenna panel dimensions. Each codebook consists of a set of precoding matrices. NR considers a dual-stage precoding matrix based on the codebooks design from TS 38.214 Sections 5.2.2.2.1 to 5.2.2.2.3 and Section 5.2.2.2.5.<br><br>$$W = W_1 W_2$$<br><br>Where,<br><br>$W_1$ is a matrix representing a discrete Fourier transform (DFT) beam or beam group for both polarizations based on the codebook type<br><br>$W_2$ can be any of the following based on the codebook type:<br><br>• Beam selection from $W_1$<br>• Weighting coefficients for the beams in $W_1$<br>• Cophasing values between two polarizations<br><br>(https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537



**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537



INTEGRAL WIRELESS TECHNOLOGIES LLC