# EXHIBIT E

U.S. Patent No. 7,483,878

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| 1. A method of providing search results to an end-user over a computer network, the method comprising: | Luminator Technology Group Global, LLC ("LTGG" or "Defendant"), using (including via testing), LTGG's systems, including but not limited to LTGG's websites, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), performs and/or instructs its agents, affiliates, and/or customers to perform a method of providing search results to an end-user over a computer network, and thereby infringes claim 1.<br><br>For example, LTGG'S Knowledge Center interface performs a method of enabling a user to search related articles and delivering the corresponding search results to an end-user over a computer network (e.g., via a web browser).<br><br> |

U.S. Patent No. 7,483,878

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | (https://ltgglobal.my.site.com/help/s/)<br><br>(https://ltgglobal.my.site.com/help/s/global-search/video%20system) |
| receiving addressing information identifying a location in a computer network; | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of receiving addressing information identifying a location in a computer network. The system receives such addressing information (e.g., https://ltgglobal.my.site.com/help/s/global-search/video%20system) via a web browser. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,483,878

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | ltgglobal.my.site.com/help/s/global-search/video%20system<br><br>**LUMINATOR** TECHNOLOGY GROUP<br><br>(https://ltgglobal.my.site.com/help/s/global-search/video%20system) |
| processing the addressing information to generate a keyword; | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of processing the addressing information to generate a keyword.<br><br>LTGG's system processes the addressing information to generate a keyword (e.g., parses the query string to generate a keyword – "video+system").<br><br>ltgglobal.my.site.com/help/s/global-search/video%20system<br><br>**LUMINATOR** TECHNOLOGY GROUP<br><br>(https://ltgglobal.my.site.com/help/s/global-search/video%20system) |
| performing a search on the keyword to generate a search result; and | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of performing a search on the keyword to generate a search result.<br><br>LTGG's system performs a search on the keyword to generate a search result (e.g., the related articles on Luminator Technology Group are searched for the keyword "video system" to generate a search result). |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,483,878

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| |  (https://ltgglobal.my.site.com/help/s/global-search/video%20system) |
| presenting an end-user the search result responsive to the keyword that is based on the addressing information in response to the end-user navigating to | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of presenting an end-user the search result responsive to the keyword that is based on the addressing information in response to the end-user navigating to the location using a client computer. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,483,878

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| the location using a client computer. | LTGG's system presents an end-user the search result responsive to the keyword that is based on the addressing information in response to the end-user navigating to the location using a client computer (e.g., a browser on the client computer navigates to an address providing the search result).<br><br>ltgglobal.my.site.com/help/s/global-search/video%20system<br><br>LUMINATOR TECHNOLOGY GROUP<br><br>(https://ltgglobal.my.site.com/help/s/global-search/video%20system) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Page |C-5

U.S. Patent No. 7,483,878

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | <br>(https://ltgglobal.my.site.com/help/s/global-search/video%20system) |

INTEGRAL WIRELESS TECHNOLOGIES LLC

Page |C-6

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,483,878