# EXHIBIT D

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| 1. A multiple-input, multiple-output signal transmitter comprising: | Luminator Technology Group Global, LLC ("LTGG" or "Defendant"), makes, uses (including via testing), sells, offers for sale, and/or imports, Luminator Technology Group 802.11n/ac/ax Wi-Fi compatible devices, including but not limited to, RoadRunner Pro system, Outdoor TFT Monitor 32, RoadRunner WC340, RoadRunner WC400, and the Luminator and Apollo RoadRunner 4K, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 1.<br><br>LTGG's RoadRunner Pro system incorporates 802.11n Wi-Fi technology and performs operations consistent with the IEEE 802.11 wireless networking standards.<br><br><br><br>(https://luminator.com/en-us/products/on-board-recorders/video/roadrunner-pro.html) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | **ROADRUNNER™ PRO**<br>ON-BOARD VIDEO SECURITY SYSTEM<br><br>TECHNICAL DATA<br>Basic Parameters<br>WIFI │ 802.11b/g/n/ac/ax (Optional)<br><br>(https://luminator.com/images/stories/solutions/video_surveillance/recorders/data_sheets/RoadRunner_Pro_data_sheet.pdf Page 2 of 3)<br><br>Additional products offered by Luminator Technology Group that implement 802.11n/ac/ax Wi-Fi technology and perform the claimed method include the **Outdoor TFT Monitor 32, RoadRunner WC340, RoadRunner WC400, and the Luminator and Apollo RoadRunner 4K**. These products incorporate 802.11n Wi-Fi technology, consistent with the wireless networking functionality required by the claimed method.<br><br>Although certain products implement 802.11ac (Wi-Fi 5) or 802.11ax (Wi-Fi 6), both standards are backward compatible with 802.11n (Wi-Fi 4), thereby supporting functionalities aligned with the 802.11n standard (See Link- https://www.data-alliance.net/blog/wifi-network-standards-80211ac-compared-to-80211n-80211g-80211a-and-80211b/) . Evidence demonstrating implementation of the 802.11n standard within these devices is provided below<br><br>**Outdoor TFT Monitor 32** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Page |D-2

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
|  | <br><br>(https://luminator.com/en-us/products/at-stations-and-stops-bus-and-tram-platform-displays/outdoor-tft-monitor-32-inch-double-sided-en-na.html)<br><br>(https://luminator.com/images/stories/solutions/stationary/stop_displays/luminator_datasheet_outdoor_tft_monitor_32-inch-double-sided_en.pdf Page 2 of 2.)<br><br>**RoadRunner WC340** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | <br><br>https://luminator.com/en-us/solutions/bus-security/accessories-bus/cellular-router,-802-11ac.html#<br><br>(https://luminator.com/images/stories/solutions/bus/network_components/data_sheets/RR-HDWC340_WC340.pdf Page 2 of 4.)<br><br>**RoadRunner WC400** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | **CELLULAR ROUTER, 802.11AC 4X4 MIMO**<br><br>The RoadRunner WC400 is an LTE-Advanced cellular mobile router, featuring the latest 802.11AC (WAVE2) technology and 4x4 MU-MIMO Wi-Fi for LAN or WWAN Networks. The WC400 enables easy viewing access, live video streaming, and access for searching and downloading recorded video.<br><br>FEATURES<br>MODELS<br><br>LOOKING FOR MORE INFORMATION?<br>CONTACT US<br><br>(https://luminator.com/en-us/solutions/bus-security/accessories-bus/cellular-router,-802-11ac-4x4-mimo.html)<br><br>**Luminator Apollo RoadRunner 4K** |

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | <br><br>https://www.ebay.com/itm/374606557745<br><br>(https://www.luminator.com/images/RoadRunner_4K_Recorder_Datasheet.pdf Page 3 of 3) |
| a plurality of signal inputs, each signal input configured to provide an input signal; | The Accused Products comprise a plurality of signal inputs, each signal input configured to provide an input signal. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | <br>Figure 20-3—Transmitter block diagram 2<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685) |
| a plurality of multipliers, each multiplier | The Accused Products comprise a plurality of multipliers, each multiplier configured to weight an input signal with a respective value of a vector (V). |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| configured to weight an input signal with a respective value of a vector (V); | In Spatial Expansion and Beamforming, the Spatial Mapping comprises a plurality of multipliers, each configured to weight an input signal (e.g., space-time stream) with a respective value of a vector (e.g., matrix of steering vectors).<br><br>h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br><br>   1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br>   2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.<br>   3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1684) |
| a plurality of combiners, each combiner configured to combine respective ones of the plurality of weighted input signals; and | The Accused Products comprise a plurality of combiners, each combiner configured to combine respective ones of the plurality of weighted input signals.<br><br>The "Analog and RF" include modulators which are a plurality of combiners that combine respective ones of the weighted input signals with a carrier frequency.<br><br>The transmitted signal is described in complex baseband signal notation. The actual transmitted signal is related to the complex baseband signal by the relation shown in Equation (20-1).<br><br>$$r_{RF}(t) = \text{Re}\{r(t)\exp(j2\pi f_c t)\} \qquad (20\text{-}1)$$<br><br>where<br>  $\text{Re}\{.\}$   represents the real part of a complex variable<br>  $f_c$     is the center frequency of the carrier |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1691) |
| a plurality of antennas, each antenna configured to transmit one of the combined weighted input signals; | The Accused Products comprise a plurality of antennas, each antenna configured to transmit one of the combined weighted input signals.<br><br>t) Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 20.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1688) |
| wherein V comprises a matrix of transmitter weighting coefficients, L comprises a lower triangular matrix, and the inverse of V is designated V−1 such that V−1L−1 comprises a matrix of receiver weighting coefficients. | The Accused Products comprise wherein V comprises a matrix of transmitter weighting coefficients, L comprises a lower triangular matrix, and the inverse of V is designated V−1 such that V−1L−1 comprises a matrix of receiver weighting coefficients.<br><br>The signal transmitter uses a matrix of transmitter weighting coefficients (e.g., a CSD matrix) and a lower triangular matrix (e.g., D). And, the product of the inverse of the matrix of transmitter weighting coefficients and the inverse of the lower triangular matrix comprises a matrix of receiver weight coefficients (e.g., a spatial mapping matrix).<br><br>c) *Spatial expansion*: $Q_k$ is the product of a CSD matrix and a square matrix formed of orthogonal columns. As an illustration: |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| 1) | The spatial expansion may be performed by duplicating some of the $N_{STS}$ streams to form the $N_{TX}$ streams, with each stream being scaled by the normalization factor $\sqrt{N_{STS}/N_{TX}}$. The spatial expansion may be performed by using, for instance, one of the following matrices, denoted $D$, left-multiplied by a CSD matrix, denoted $M_{CSD}(k)$, and/or possibly multiplied by any unitary matrix. The resulting spatial mapping matrix is then $Q_k = M_{CSD}(k) \cdot D$, where $D$ may take on one of the following values:<br><br>i) $N_{TX}=2, N_{STS}=1, D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 1\end{bmatrix}^T$<br><br>ii) $N_{TX}=3, N_{STS}=1, D = \frac{1}{\sqrt{3}}\begin{bmatrix}1 & 1 & 1\end{bmatrix}^T$<br><br>iii) $N_{TX}=4, N_{STS}=1, D = \frac{1}{2}\begin{bmatrix}1 & 1 & 1 & 1\end{bmatrix}^T$<br><br>iv) $N_{TX}=3, N_{STS}=2, D = \sqrt{\frac{2}{3}}\begin{bmatrix}1 & 0\\ 0 & 1\\ 1 & 0\end{bmatrix}$<br><br>v) $N_{TX}=4, N_{STS}=2, D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 0\\ 0 & 1\\ 1 & 0\\ 0 & 1\end{bmatrix}$<br><br>vi) $N_{TX}=4, N_{STS}=3, D = \frac{\sqrt{3}}{2}\begin{bmatrix}1 & 0 & 0\\ 0 & 1 & 0\\ 0 & 0 & 1\\ 1 & 0 & 0\end{bmatrix}$ |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | 2) Different spatial expansion over subcarriers should be used in HT-mixed format only and with the smoothing bit equal to 0: <br><br> i) $N_{TX}=2$, $N_{STS}=1$, $[Q_k]_{N_{STS}} = \begin{bmatrix} 1 & 0 \end{bmatrix}^T$ or $[Q_k]_{N_{STS}} = \begin{bmatrix} 0 & 1 \end{bmatrix}^T$ <br><br> ii) $N_{TX}=3$, $N_{STS}=2$, $[Q_k]_{N_{STS}} = \begin{bmatrix} 1 & 0 \\ 0 & 0 \\ 0 & 1 \end{bmatrix}$, $\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 0 & 0 \end{bmatrix}$ or $\begin{bmatrix} 0 & 0 \\ 1 & 0 \\ 0 & 1 \end{bmatrix}$ <br><br> iii) $N_{TX}=4$, $N_{STS}=2$, $[Q_k]_{N_{STS}} = \begin{bmatrix} 1 & 0 \\ 0 & 0 \\ 0 & 0 \\ 0 & 1 \end{bmatrix}$, $\begin{bmatrix} 1 & 0 \\ 0 & 0 \\ 0 & 1 \\ 0 & 0 \end{bmatrix}$, $\begin{bmatrix} 0 & 0 \\ 1 & 0 \\ 0 & 0 \\ 0 & 1 \end{bmatrix}$ or $\begin{bmatrix} 0 & 0 \\ 1 & 0 \\ 0 & 1 \\ 0 & 0 \end{bmatrix}$ <br><br> iv) $N_{TX}=4$, $N_{STS}=3$, $[Q_k]_{N_{STS}} = \begin{bmatrix} 1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 0 \\ 0 & 0 & 1 \end{bmatrix}$ or $\begin{bmatrix} 1 & 0 & 0 \\ 0 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \end{bmatrix}$ <br><br> d) *Beamforming steering matrix*: $Q_k$ is any matrix that improves the reception in the receiver based on some knowledge of the channel between the transmitter and the receiver. With transmit beamforming with explicit feedback, the steering matrix $Q_k$ is determined using either $H_{eff}$ for CSI feedback or $V_k$ for noncompressed and compressed matrices feedback from the STA to which the beamformed packet is addressed. <br><br> (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1722-24) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**