# EXHIBIT E

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| 1. A method comprising: | Luminator Technology Group Global, LLC ("LTGG" or "Defendant"), using (including via testing), Luminator Technology Group H.265/HEVC compatible devices, including, but not limited to, RoadRunner Pro system, RoadRunner 4K Recorder, RoadRunner HD Camera Interior Forward-Facing Camera, RoadRunner Pro Forward-Facing Camera, RoadRunner Pro 4K Forward-Facing Camera, RoadRunner Pro Exterior Street-Side / Curb-Side Camera, RoadRunner Pro Interior Dome Camera, RoadRunner Pro 360° Camera, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), performs and/or instructs its agents, affiliates, and/or customers to perform the method in claim 1.<br><br>For example, the RoadRunner Pro system performs operations corresponding to HEVC encoding and/or decoding.<br><br> |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | (https://luminator.com/en-us/products/on-board-recorders/video/roadrunner-pro.html) <br><br> **Video Input**: 12-channel AHD + 12-channel IPC (PON power supply) <br> **Total Resources**: PAL: 12 x 1080P @ 25fps + 12 x 1080P @30fps IPC; NTSC: 12 x 1080P @ 30fps + 12 x 1080P @30fps IPC <br> **Encoding and Decoding**: H.265/H.264 <br> (RoadRunner_Pro_data_sheet.pdf, Page 2 of 3) <br><br> Additional products offered by LTGG that implement H.265/HEVC video compression and perform the claimed method include the **RoadRunner 4K Recorder, RoadRunner HD Camera Interior Forward-Facing Camera, RoadRunner Pro Forward-Facing Camera, RoadRunner Pro 4K Forward-Facing Camera, RoadRunner Pro Exterior Street-Side / Curb-Side Camera, RoadRunner Pro Interior Dome Camera, and the RoadRunner Pro 360° Camera**. These products incorporate HEVC (H.265) encoding and/or decoding functionality, consistent with the operations required by the claimed method. Evidence demonstrating implementation of the HEVC standard in these devices is set forth below. <br><br> **RoadRunner 4K Recorder** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | <br>(https://www.ebay.com/itm/374606557745)<br><br>RoadRunner HD Camera |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
|  | (https://www.ebay.com/itm/126256645214)<br><br>(Luminator_RR-HDCF1-Datasheet033021.pdf, Page 2 of 2)<br><br>**RoadRunner Pro Forward-Facing Camera** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
|  |  |

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | (https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner-pro-4k-forward-facing-camera.html)<br><br>| Video | |<br>|---|---|<br>| Video Compression Standard | H.264/H.265 |<br>| Compressed Output Bit Rate | 1Mbps-32Mbps |<br><br>(RR-Pro-4k-Forward-Facing_Camera_data-sheet.pdf, Page 2 of 3)<br><br>**RoadRunner Pro Exterior Street-Side / Curb-Side Camera** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | <br><br>(https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner%E2%84%A2-pro-exterior-street-side-camera.html)<br><br>(RR-Pro-Exterior-Street-Side_Curb-Side-Camera_data_sheet_v2.pdf, Page 2 of 3)<br><br>**RoadRunner Pro Interior Dome Camera** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
|  | (https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner-pro-interior-dome-camera.html)<br><br>(RoadRunner-Pro-Interior-Dome-Camera_Data-Sheet.pdf, Page 2 of 3)<br><br>RoadRunner Pro 360 Camera |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | ROADRUNNER™ PRO 360 CAMERA<br><br>AUTO-CONNECT PON, IP CAMERA<br>Specifically designed and manufactured for transit applications, RoadRunner Pro HD cameras feature auto- connect functionality, making installation and maintenance simple. Programming and IP configuration handled automatically, eliminating the need for manual setup.<br><br>RUGGED AND RELIABLE<br><br>(https://www.luminator.com/en-us/products/on-board-cameras/video/roadrunner%E2%84%A2-pro-360-camera.html)<br><br>| Video | |<br>|---|---|<br>| Video Compression Standard | Default H.264 Support H.265 |<br>| Compression Output Rate | 1Mbps-15Mbps |<br><br>(RR-Pro-360_Camera_Datasheet.pdf, Page 2 of 3) |
| coding a data symbol using a code comprising an | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of coding a data symbol using a code comprising an exponent value and a residual value. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Page |E-9

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| exponent value and a residual value; | Luminator's RoadRunner Pro codes a data symbol (e.g., syntax element such as a transform coefficient) using a code comprising an exponent value (e.g., prefix) and a residual value (e.g., suffix).<br><br>After the quadtree structure appropriately determines the TBs, a coded block flag signals whether a TB has any significant (i.e., nonzero) coefficient. If a TB contains significant coefficients, the residual coding process signals the position and value of each nonzero coefficient in the TB. This paper<br><br>(Sole et al., Transform Coefficient Coding in HEVC, IEEE Transactions on Circuits and Systems for Video Technology, Vol. 22, No. 12, December 2012, p. 1765) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | **B. Last Significant Coefficient Coordinates Signaling**<br><br>In HEVC, the coding of the significance flag is separated from the coding of the last significant coefficient flag. To achieve this, the position of the last significant coefficient in a TB following the forward scan order is coded first, and then, the *significant_coeff_flags* are coded. The position of the last significant coefficient in a block is coded by explicitly signaling its $(X, Y)$-coordinates [16]. Coordinate $X$ indicates the column number and $Y$ the row number.<br><br>The coordinates are binarized in two parts, a prefix and a suffix. The first part represents an index to an interval (syntax elements *last_significant_coeff_x_prefix* and *last_significant_coeff_y_prefix*). This prefix has a truncated unary representation and the bins are coded in regular mode. The second part (*last_significant_coeff_x_suffix* and *last_significant_coeff_y_suffix*) has a fixed length representation and is coded in bypass mode [17]. The suffix represents the offset within the interval. For certain values of the prefix, the suffix is not present and is assumed to be zero.<br><br>(Sole et al., Transform Coefficient Coding in HEVC, IEEE Transactions on Circuits and Systems for Video Technology, Vol. 22, No. 12, December 2012, p. 1768) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | **last_sig_coeff_x_prefix** specifies the prefix of the column position of the last significant coefficient in scanning order within a transform block. The values of last_sig_coeff_x_prefix shall be in the range of 0 to ( log2TrafoSize << 1 ) − 1, inclusive. |
| | **last_sig_coeff_y_prefix** specifies the prefix of the row position of the last significant coefficient in scanning order within a transform block. The values of last_sig_coeff_y_prefix shall be in the range of 0 to ( log2TrafoSize << 1 ) − 1, inclusive. |
| | **last_sig_coeff_x_suffix** specifies the suffix of the column position of the last significant coefficient in scanning order within a transform block. The values of last_sig_coeff_x_suffix shall be in the range of 0 to ( 1 << ( ( last_sig_coeff_x_prefix >> 1 ) − 1 ) ) − 1, inclusive. |
| | Rec. ITU-T H.265 v7 (11/2019)   111 |
| | The column position of the last significant coefficient in scanning order within a transform block LastSignificantCoeffX is derived as follows: |
| | - If last_sig_coeff_x_suffix is not present, the following applies: |
| |     LastSignificantCoeffX = last_sig_coeff_x_prefix     (7-74) |
| | - Otherwise (last_sig_coeff_x_suffix is present), the following applies: |
| |     LastSignificantCoeffX = ( 1 << ( ( last_sig_coeff_x_prefix >> 1 ) − 1 ) ) *     (7-75)<br>    ( 2 + ( last_sig_coeff_x_prefix & 1 ) ) + last_sig_coeff_x_suffix |
| | **last_sig_coeff_y_suffix** specifies the suffix of the row position of the last significant coefficient in scanning order within a transform block. The values of last_sig_coeff_y_suffix shall be in the range of 0 to ( 1 << ( ( last_sig_coeff_y_prefix >> 1 ) − 1 ) ) − 1, inclusive. |
| | The row position of the last significant coefficient in scanning order within a transform block LastSignificantCoeffY is derived as follows: |
| | - If last_sig_coeff_y_suffix is not present, the following applies: |
| |     LastSignificantCoeffY = last_sig_coeff_y_prefix     (7-76) |
| | - Otherwise (last_sig_coeff_y_suffix is present), the following applies: |
| |     LastSignificantCoeffY = ( 1 << ( ( last_sig_coeff_y_prefix >> 1 ) − 1 ) ) *     (7-77)<br>    ( 2 + ( last_sig_coeff_y_prefix & 1 ) ) + last_sig_coeff_y_suffix |
| | When scanIdx is equal to 2, the coordinates are swapped as follows: |
| | ( LastSignificantCoeffX, LastSignificantCoeffY ) =<br>    Swap( LastSignificantCoeffX, LastSignificantCoeffY )     (7-78) |
| | (ITU-T H.265, Series H: Audiovisual and Multimedia Systems, Infrastructure of audiovisual services – Coding of moving video (11/2019), pp. 111-112) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | Table 9-1 illustrates the structure of the Exp-Golomb code by separating the bit string into "prefix" and "suffix" bits. The "prefix" bits are those bits that are parsed as specified above for the computation of leadingZeroBits, and are shown as either 0 or 1 in the bit string column of Table 9-1. The "suffix" bits are those bits that are parsed in the computation of codeNum and are shown as $x_i$ in Table 9-1, with i in the range of 0 to leadingZeroBits − 1, inclusive. Each $x_i$ is equal to either 0 or 1.<br><br>Table 9-1 – Bit strings with "prefix" and "suffix" bits and assignment to codeNum ranges (informative)<br><br>| Bit string form | Range of codeNum |<br>|---|---|<br>| 1 | 0 |<br>| 0 1 $x_0$ | 1..2 |<br>| 0 0 1 $x_1$ $x_0$ | 3..6 |<br>| 0 0 0 1 $x_2$ $x_1$ $x_0$ | 7..14 |<br>| 0 0 0 0 1 $x_3$ $x_2$ $x_1$ $x_0$ | 15..30 |<br>| 0 0 0 0 0 1 $x_4$ $x_3$ $x_2$ $x_1$ $x_0$ | 31..62 |<br>| ... | ... |<br><br>(ITU-T H.265, Series H: Audiovisual and Multimedia Systems, Infrastructure of audiovisual services – Coding of moving video (11/2019), p. 201) |
| coding the residual value using a fixed-length binary code; and | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of coding the residual value using a fixed-length binary code.<br><br>Luminator's RoadRunner Pro codes the residual value using a fixed-length binary code. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | is truncated). The suffix is coded only when the interval length is larger than one, that is, when $prefix > 3$. The *suffix* is represented by a fixed length binary code using $b$ bits specifying the offset within interval, where $$b = \max(0, \lfloor prefix/2 \rfloor - 1) \quad (1)$$ and the suffix range is $$suffix = \{0, \ldots, 2^b - 1\}. \quad (2)$$ The fixed length code is signaled starting with the most significant bit. (Sole et al., Transform Coefficient Coding in HEVC, IEEE Transactions on Circuits and Systems for Video Technology, Vol. 22, No. 12, December 2012, p. 1768) |
| coding the exponent value using a variable length code that is based on a frequency of occurrence of the exponent value. | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of coding the exponent value using a variable length code that is based on a frequency of occurrence of the exponent value. Luminator's RoadRunner Pro codes the exponent value using a variable length code (e.g., truncated unary code) that is based on a frequency of occurrence of the exponent value (e.g., when the position = 2, there are two 1s in the prefix value). |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | The maximum length of the truncated unary code (which is also the number of regular coded bins) for one coordinate is 3, 5, 7, and 9 for transform sizes of 4, 8, 16, and 32, respectively. The maximum number of bins for coding one coordinate (regular and bypass) is 3, 6, 9 and 12, respectively. As an example, Table I shows the binarization for $T = 32$.<br><br>(Sole et al., Transform Coefficient Coding in HEVC, IEEE Transactions on Circuits and Systems for Video Technology, Vol. 22, No. 12, December 2012, p. 1768) |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,586,424

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | TABLE I<br>LAST POSITION BINARIZATION FOR T = 32. FOR THE SUFFIX X IS 0 OR 1 AND THE MOST SIGNIFICANT BITS ARE SIGNALED FIRST<br><br>| Position | *prefix* Truncated unary (regular mode) | *suffix* Fixed length (bypass mode) | Suffix Range |<br>|---|---|---|---|<br>| 0 | 0 | – | – |<br>| 1 | 10 | – | – |<br>| 2 | 110 | – | – |<br>| 3 | 1110 | – | – |<br>| 4–5 | 11110 | X | 0 to 1 |<br>| 6–7 | 111110 | X | 0 to 1 |<br>| 8–11 | 1111110 | XX | 0 to 3 |<br>| 12–15 | 11111110 | XX | 0 to 3 |<br>| 16–23 | 111111110 | XXX | 0 to 7 |<br>| 24–31 | 1111111111 | XXX | 0 to 7 |<br><br>(Sole et al., Transform Coefficient Coding in HEVC, IEEE Transactions on Circuits and Systems for Video Technology, Vol. 22, No. 12, December 2012, p. 1768) |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,586,424

INTEGRAL WIRELESS TECHNOLOGIES LLC