# EXHIBIT F

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| 7. A system comprising: | Luminator Technology Group Global, LLC ("LTGG" or "Defendant"), using (including via testing), Luminator Technology Group 802.11n/ac/ax Wi-Fi compatible devices, including, but not limited to, RoadRunner Pro system, Outdoor TFT Monitor 32, RoadRunner WC340, RoadRunner WC400, and the Luminator and Apollo RoadRunner 4K, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), directs or controls its agents, affiliates, and/or customers to use a system claimed in claim 7.<br><br>Fo example, the RoadRunner Pro system incorporates 802.11n Wi-Fi technology and performs operations consistent with the IEEE 802.11 wireless networking standards.<br><br><br><br>(https://luminator.com/en-us/products/on-board-recorders/video/roadrunner-pro.html) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| | **TECHNICAL DATA** <br><br> Product Ordering Information <br> Part/Model Number (N. America): RR Pro <br> Basic Parameters <br> RAM: 6GB <br> ROM: 32GB <br> OS: Linux, Android <br> 3G/4G: TDD-LTE/FDD-LTE/EVDO/TD-SCDMA/WCDMA <br> 5G: Optional <br> WIFI: 802.11b/g/n/ac/ax (Optional) <br><br> (https://luminator.com/images/stories/solutions/video_surveillance/recorders/data_sheets/RoadRunner_Pro_data_sheet.pdf Page 2 of 3) <br><br> Additional products offered by LTGG that implement 802.11n/ac/ax Wi-Fi technology and perform the claimed method include the **Outdoor TFT Monitor 32, RoadRunner WC340, RoadRunner WC400, and the Luminator and Apollo RoadRunner 4K**. These products incorporate 802.11n Wi-Fi technology, consistent with the wireless networking functionality required by the claimed method. <br><br> Although certain products implement 802.11ac (Wi-Fi 5) or 802.11ax (Wi-Fi 6), both standards are backward compatible with 802.11n (Wi-Fi 4), thereby supporting functionalities aligned with the 802.11n standard (See Link- https://www.data-alliance.net/blog/wifi-network-standards-80211ac-compared-to-80211n-80211g-80211a-and-80211b/) . Evidence demonstrating implementation of the 802.11n standard within these devices is provided below <br><br> **Outdoor TFT Monitor 32** |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| | <br><br>(https://luminator.com/en-us/products/at-stations-and-stops-bus-and-tram-platform-displays/outdoor-tft-monitor-32-inch-double-sided-en-na.html)<br><br>(https://luminator.com/images/stories/solutions/stationary/stop_displays/luminator_datasheet_outdoor_tft_monitor_32-inch-double-sided_en.pdf Page 2 of 2.)<br><br>**RoadRunner WC340** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| | **CELLULAR ROUTER, 802.11AC** <br><br> The RoadRunner WC340 Wireless Mobile Router features an LTE-Advanced Cellular Modem, 802.11AC (WAVE2) Wi-Fi for LAN and WWAN Networks, and provides easy viewing access, live video streaming, access for searching and downloading recorded video by facilities and first responders. <br><br> FEATURES <br> MODELS <br> TECHNICAL DATA <br><br> LOOKING FOR MORE INFORMATION? CONTACT US <br><br> https://luminator.com/en-us/solutions/bus-security/accessories-bus/cellular-router,-802-11ac.html# <br><br> **Wi-Fi Interfaces** <br><br> 802.11a/b/g/n/ac (WAVE 2); 2x2 MIMO <br> Access Point/Client/WWAN <br> LAN and WAN Interface (AP + Client) <br> WPS, WDS, WMM; Two Isolated SSIDs <br> WPA, WPA2, WPA-PSK, WEP 64/128-bit, 802.1x Security <br><br> (https://luminator.com/images/stories/solutions/bus/network_components/data_sheets/RR-HDWC340_WC340.pdf Page 2 of 4.) <br><br> **RoadRunner WC400** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| | (https://luminator.com/en-us/solutions/bus-security/accessories-bus/cellular-router,-802-11ac-4x4-mimo.html)<br><br>**Luminator Apollo RoadRunner 4K** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| | <br><br>https://www.ebay.com/itm/374606557745<br><br>(https://www.luminator.com/images/RoadRunner_4K_Recorder_Datasheet.pdf Page 3 of 3) |
| a signal processor configured to receive a first set of data | Defendant, using the Accused Products, directs or controls its agents, affiliates, and/or customers to perform the step that has a signal processor configured to receive a first set of data streams, and generates a second set of one or more data streams based on a combination of the first set of data streams, wherein the |

INTEGRAL WIRELESS TECHNOLOGIES LLC

Page |F-6

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| streams, and generate a second set of one or more data streams based on a combination of the first set of data streams, wherein the combination of the first set of data streams is the product of a matrix multiplication of the data in the first set of data streams with a unitary matrix; and | combination of the first set of data streams is the product of a matrix multiplication of the data in the first set of data streams with a unitary matrix.<br><br>RoadRunner Pro Device offers 802.11n that comprises a signal processor (e.g., spatial mapper) configured to receive a first set of data streams (e.g., space-time streams) and generate a second set of one or more data streams (e.g., transmit chains) based on a combination of the first set of data streams. The combination of the first set of data streams is the product of a matrix multiplication (e.g., spatial expansion) of the data in the first set of data streams with a unitary matrix. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,668,258



U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| | h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br>  1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br>  2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.<br>  3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1684)<br><br>c) *Spatial expansion*: $Q_k$ is the product of a CSD matrix and a square matrix formed of orthogonal columns. As an illustration: |

INTEGRAL WIRELESS TECHNOLOGIES LLC

Page |F-9

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| | 1) The spatial expansion may be performed by duplicating some of the $N_{STS}$ streams to form the $N_{TX}$ streams, with each stream being scaled by the normalization factor $\sqrt{N_{STS}/N_{TX}}$. The spatial expansion may be performed by using, for instance, one of the following matrices, denoted $D$, left-multiplied by a CSD matrix, denoted $M_{CSD}(k)$, and/or possibly multiplied by any unitary matrix. The resulting spatial mapping matrix is then $Q_k = M_{CSD}(k) \cdot D$, where $D$ may take on one of the following values:<br><br>i) $N_{TX}=2, N_{STS}=1, D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 1\end{bmatrix}^T$<br><br>ii) $N_{TX}=3, N_{STS}=1, D = \frac{1}{\sqrt{3}}\begin{bmatrix}1 & 1 & 1\end{bmatrix}^T$<br><br>iii) $N_{TX}=4, N_{STS}=1, D = \frac{1}{2}\begin{bmatrix}1 & 1 & 1 & 1\end{bmatrix}^T$<br><br>iv) $N_{TX}=3, N_{STS}=2, D = \sqrt{\frac{2}{3}}\begin{bmatrix}1 & 0 \\ 0 & 1 \\ 1 & 0\end{bmatrix}$<br><br>v) $N_{TX}=4, N_{STS}=2, D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 0 \\ 0 & 1 \\ 1 & 0 \\ 0 & 1\end{bmatrix}$<br><br>vi) $N_{TX}=4, N_{STS}=3, D = \frac{\sqrt{3}}{2}\begin{bmatrix}1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \\ 1 & 0 & 0\end{bmatrix}$<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1722-23) |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| a plurality of antennas, wherein each antenna is configured to transmit a corresponding one data stream of the first and second sets of data streams. | Defendant, using the Accused Products, directs or controls its agents, affiliates, and/or customers to perform the step that has a plurality of antennas, wherein each antenna is configured to transmit a corresponding one data stream of the first and second sets of data streams.<br><br>RoadRunner Pro comprises a plurality of antennas (e.g., "Analog and RF"). Each antenna is configured to transmit a corresponding one data stream of the first and second sets of data streams (e.g., the first set transmitted on a first transmit chain over a first antenna, and the second set transmitted on a second transmit chain over a second antenna, e.g., when the number of space-time streams is less than the number of transmit chains). |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,668,258



INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,668,258

| Claim 7 | Luminator Technology Group Global, LLC |
|---|---|
| | 1) The spatial expansion may be performed by duplicating some of the $N_{STS}$ streams to form the $N_{TX}$ streams, with each stream being scaled by the normalization factor $\sqrt{N_{STS}/N_{TX}}$. The spatial expansion may be performed by using, for instance, one of the following matrices, denoted $D$, left-multiplied by a CSD matrix, denoted $M_{CSD}(k)$, and/or possibly multiplied by any unitary matrix. The resulting spatial mapping matrix is then $Q_k = M_{CSD}(k) \cdot D$, where $D$ may take on one of the following values: <br><br> i) $N_{TX}=2, N_{STS}=1, D = \frac{1}{\sqrt{2}}[1\ 1]^T$ <br><br> ii) $N_{TX}=3, N_{STS}=1, D = \frac{1}{\sqrt{3}}[1\ 1\ 1]^T$ <br><br> iii) $N_{TX}=4, N_{STS}=1, D = \frac{1}{2}[1\ 1\ 1\ 1]^T$ <br><br> iv) $N_{TX}=3, N_{STS}=2, D = \frac{\sqrt{2}}{\sqrt{3}}\begin{bmatrix}1 & 0\\ 0 & 1\\ 1 & 0\end{bmatrix}$ <br><br> v) $N_{TX}=4, N_{STS}=2, D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 0\\ 0 & 1\\ 1 & 0\\ 0 & 1\end{bmatrix}$ <br><br> vi) $N_{TX}=4, N_{STS}=3, D = \frac{\sqrt{3}}{2}\begin{bmatrix}1 & 0 & 0\\ 0 & 1 & 0\\ 0 & 0 & 1\\ 1 & 0 & 0\end{bmatrix}$ <br><br> (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1723) |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,668,258

INTEGRAL WIRELESS TECHNOLOGIES LLC