# EXHIBIT G

U.S. Patent No. 7,398,408

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| 1. A method for waking a computing device over a wireless network comprising: | Luminator Technology Group Global, LLC ("LTGG" or "Defendant"), using (including via testing), Luminator Technology Group Bluetooth v4.2 (BR/EDR) compatible devices, including, but not limited to, devices provided as part of LTGG's INFORM Telematics solution, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), performs and/or instructs its agents, affiliates, and/or customers to perform a method for waking a computing device over a wireless network, and thereby infringes claim 1.<br><br>For example, LTGG provides the Samsung Galaxy 8" tablet as part of its INFORM Telematics solution, designed for fleet management. This solution is delivered through the Samsung tablet, which supports Bluetooth v4.2 (BR/EDR) connectivity.<br><br>Although the Samsung Galaxy 8" tablet features Bluetooth v4.2 connectivity, the standard includes support for BR/EDR, enabling functionalities consistent with the Bluetooth v4.2 BR/EDR specification. (See Link- https://www.mokosmart.com/guide-on-different-bluetooth-versions/ ) . Evidence of the implementation of the Bluetooth v4.2 BR/EDR standard is presented below.<br><br>Samsung Galaxy 8" tablet performs a method for waking a computing device over a wireless network.<br><br>**INFORM™ FLEET MANAGEMENT**<br>TELEMATICS AND DASHCAM SOLUTIONS<br><br>LUMINATOR'S INFORM™ FLEET MANAGEMENT SOLUTIONS DELIVER COMPREHENSIVE DATA TO REDUCE COSTS, INCREASE PRODUCTIVITY AND EFFICIENCY, IMPROVE SAFETY, REDUCE RISKY AND INEFFICIENT DRIVING BEHAVIORS, AND STRENGTHEN COMPLIANCE.<br><br>(https://www.luminator.com/images/stories/solutions/telematics/Luminator_INFORMKit_Brochure_8.5x11.pdf Page 2 of 4.) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,398,408

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | **INFORM TELEMATICS, SAMSUNG 8″ TABLET**<br>FLEET MANAGEMENT SOLUTION<br><br>**Interfaces**<br>User Interface — Touch Screen<br>Power/Charger In — USB 2.0<br>Bluetooth — Bluetooth v4.2<br>Bluetooth Profiles — A2DP, AVRCP, DI, HID ,HOGP, HSP, OPP, PAN<br>WiFi — 802.11 a/b/g/n, 2.4+5GHz<br>GNSS — GPS, Glonass, Beidou, Galileo<br>Audio output — 3.5mm Stereo Headphone Jack<br><br>(https://luminator.com/images/technical_data_products_pdf/telematics/Luminator_INFORM_Tablet_Datasheet.pdf Page 1 and 2 of 3.) |
| broadcasting a signal containing a | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,398,408

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received; | the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received.<br><br>Samsung Galaxy 8" tablet provided as a part of Inform Telematics solution broadcasts a signal (e.g., page message) containing a wake-up data sequence (e.g., slave device access code) for at least one computing device over a wireless network (e.g., Bluetooth network). Samsung Galaxy 8" tablet provided as a part of Inform Telematics solution periodically broadcasts the signal over one or more wireless channels (e.g., different hop channels) until either a first predetermined time period expires (e.g., timeout pageTO) or a confirmation signal is received (e.g., response from slave device).<br><br>**8.3.2 Page Substate**<br><br>The **page** substate is used by the master (source) to activate and connect to a slave (destination) in the **page scan** substate. The master tries to coincide with the slave's scan activity by repeatedly transmitting the paging message consisting of the slave's device access code (DAC) in different hop channels. Since the Bluetooth clocks of the master and the slave are not synchronized, the master does not know exactly when the slave wakes up and on which hop frequency. Therefore, it transmits a train of identical page scan messages at different hop frequencies and listens in between the transmit intervals until it receives a response from the slave.<br><br>(Bluetooth Core Specification v5.0, p. 447) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,398,408

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| | Train **B** shall be repeated for $N_{page}$ times. If no response is obtained, $k_{nudge}$ may be updated in the case where slots to receive are periodically not available and train **A** shall be tried again $N_{page}$ times. Alternate use of train **A** and train **B** and updates of $k_{nudge}$ shall be continued until a response is received or the timeout *pageTO* is exceeded. When *extended_pageTO* is greater than zero, the timeout may be extended to (*pageTO* + *extended_pageTO*). If a response is returned by the slave, the master device enters the **master response substate**.<br><br>(Bluetooth Core Specification v5.0, p. 448) |
| receiving the broadcast signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode; | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of receiving the broadcast signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode.<br><br>Samsung Galaxy 8" tablet provided as a part of Inform Telematics solution's broadcast signal is received by the computing device while that device is in a reduced power mode (e.g., Page Scan substate). The computing device first enters a wake-up sequence detection mode (e.g., Page Scan substate). |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,398,408

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
|  | **8.3.1 Page Scan Substate**<br><br>In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies.<br><br>When a device enters the **page scan** substate, it shall select the scan frequency according to the page hopping sequence determined by the device's Bluetooth device address, see Section 2.6.4.1. The phase in the sequence shall be determined by $CLKN_{16-12}$ of the device's native clock; that is, every 1.28s a different frequency is selected.<br><br>(Bluetooth Core Specification v5.0, p. 445) |
| scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either the wake-up data sequence for that computing device is received or a second predetermined time period expires.<br><br>Samsung Galaxy 8" tablet provided as a part of Inform Telematics solution's signal is scanned by the computing device for a wake-up data sequence (e.g., slave device access code). The scanning (e.g., generalized interlaced scan) is performed until either the wake-up data sequence (e.g., slave device access code) for that computing device is received or a second predetermined time period expires (e.g., two back to back scans of Tw_page_scan). |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,398,408

| Claim 1 | Luminator Technology Group Global, LLC |
|---|---|
| performed until either the wake-up data sequence for that computing device is received or a second predetermined time period expires; and | **8.3.1 Page Scan Substate**<br><br>In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies.<br><br>(Bluetooth Core Specification v5.0, p. 445) |
| restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined time period expires.<br><br>Samsung Galaxy 8" tablet provided as a part of Inform Telematics solution's signal restores the computing device to a full power mode (e.g., Connection State) upon detection of a wake-up data sequence (e.g., Page Scan State) if the second predetermined time code) and exits the wake-up data sequence detection mode (e.g., Page Scan State) if the second predetermined time period expires (e.g., two back to back scans of Tw_page_scan in a generalized interlaced scan).<br><br>There are two ways to enter the CONNECTION state. A device can transition from the page/page scan substates to the CONNECTION state or directly from the STANDBY state to the connectionless slave broadcast mode of the CONNECTION state.<br><br>(Bluetooth Core Specification v5.0, pp. 459) |

U.S. Patent No. 7,398,408

| Luminator Technology Group Global, LLC | |
|---|---|
| **Claim 1** | |
| predetermined time period expires. | In the case of a standard scan, if the correlator exceeds the trigger threshold during the **page scan**, the device shall enter the **slave response** substate described in Section 8.3.3.1. The scanning device may also use generalized interlaced scan. In this case, if the correlator does not exceed the trigger threshold during the first scan it shall scan a second time using the phase in the sequence determined by [CLKN$_{16-12}$ + interlace_offset] mod 32. If on this second scan the correlator exceeds the trigger threshold the device shall enter the **slave response** substate using [CLKN$_{16-12}$ + interlace_offset] mod 32 as the frozen CLKN* in the calculation for Xprs(79) (see Section 2.6.4.3 for details). If the correlator does not exceed the trigger threshold during a scan in normal mode or during the second scan in interlaced scan mode it shall return to either the **STANDBY** or **CONNECTION** state.<br><br>(Bluetooth Core Specification v5.0, pp. 459) |

INTEGRAL WIRELESS TECHNOLOGIES LLC

Page |G-8

U.S. Patent No. 7,398,408

INTEGRAL WIRELESS TECHNOLOGIES LLC