# EXHIBIT H

U.S. Patent No. 7,653,031

| Claim 15 | Luminator Technology Group Global, LLC |
|---|---|
| 15. An apparatus comprising: | Luminator Technology Group Global, LLC ("LTGG" or "Defendant"), makes, uses (including via testing), sells, offers for sale, and/or imports, Luminator Technology Group 802.11 Wi-Fi and Bluetooth compatible devices, including but not limited to devices provided as part of LTGG's INFORM Telematics solution, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 15.<br><br>For example, LTGG provides the Samsung Galaxy 8" tablet as part of its INFORM Telematics solution, designed for fleet management. This solution is delivered through the Samsung tablet, which supports both 802.11 Wi-Fi and Bluetooth connectivity. The device adheres to IEEE 802.11 wireless networking standards and supports Bluetooth functionality in line with these protocols. Within the INFORM Telematics system, whenever a command involving Bluetooth or Wi-Fi data transfer is issued by the user, the tablet's built-in Wi-Fi and Bluetooth modules are utilized to execute the corresponding operations.<br><br>INFORM TELEMATICS Samsung 8" Tablet comprises an apparatus.<br><br>**INFORM™ FLEET MANAGEMENT**<br>TELEMATICS AND DASHCAM SOLUTIONS<br><br>LUMINATOR'S INFORM™ FLEET MANAGEMENT SOLUTIONS DELIVER COMPREHENSIVE DATA TO REDUCE COSTS, INCREASE PRODUCTIVITY AND EFFICIENCY, IMPROVE SAFETY, REDUCE RISKY AND INEFFICIENT DRIVING BEHAVIORS, AND STRENGTHEN COMPLIANCE.<br><br>(https://www.luminator.com/images/stories/solutions/telematics/Luminator_INFORMKit_Brochure_8.5x11.pdf Page 2 of 4.) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Page |H-1

U.S. Patent No. 7,653,031

| Claim 15 | Luminator Technology Group Global, LLC |
|---|---|
| | **INFORM TELEMATICS, SAMSUNG 8" TABLET** |
| | FLEET MANAGEMENT SOLUTION |
| | **Computer** |
| | Chipset — Qualcomm SDM429 Snapdragon 429 (12 nm) |
| | Internal Memory — 32GB ROM |
| | External Memory — MicroSD Compatible Up To 512GB |
| | RAM — 2GB |
| | CPU — Quad-core 2.0 GHz Cortex-A53 |
| | GPU — Adreno 504 |
| | **Interfaces** |
| | User Interface — Touch Screen |
| | Power/Charger In — USB 2.0 |
| | Bluetooth — Bluetooth v4.2 |
| | Bluetooth Profiles — A2DP, AVRCP, DI, HID, HOGP, HSP, OPP, PAN |
| | WiFi — 802.11 a/b/g/n, 2.4+5GHz |
| | GNSS — GPS, Glonass, Beidou, Galileo |
| | Audio output — 3.5mm Stereo Headphone Jack |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,653,031

| Claim 15 | Luminator Technology Group Global, LLC |
|---|---|
| | (https://luminator.com/images/technical_data_products_pdf/telematics/Luminator_INFORM_Tablet_Datasheet.pdf Page 1 and 2 of 3.) |
| a first air interface subsystems comprising: | The Accused Products comprise a first air interface subsystem.<br><br>INFORM TELEMATICS Samsung 8" Tablet comprises a first air interface subsystem (e.g., 802.11 Device).<br><br><br><br>**Figure 1—Overall structure of 802.11b / 802.15.1 combined AWMA and PTA collaborative coexistence mechanism**<br><br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 10) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,653,031

| **Claim 15** | **Luminator Technology Group Global, LLC** |
|---|---|
| a receiver configured for receiving a beacon frame in accordance with a first communications channel wherein the beacon frame comprises a beacon interval; | The Accused Products comprise a receiver configured for receiving a beacon frame in accordance with a first communications protocol using a shared-communications channel wherein the beacon frame comprises a beacon interval.<br><br>INFORM TELEMATICS Samsung 8" Tablet comprise a receiver (e.g., 802.11 receiver) configured for receiving a beacon frame (e.g., beacon) in according with a first communications protocol (e.g., 802.11) using a shared-communications channel (e.g., a 2.4 GHz channel), wherein the beacon frame comprises a beacon interval (e.g., a WLAN interval).<br><br>The IEEE 802.11 WLAN AP sends out a beacon at a periodic interval. The beacon period is $T_B$. AWMA subdivides this interval into two subintervals: one for WLAN traffic and one for WPAN traffic. Figure 2 illustrates the separation of the WLAN beacon interval into two subintervals. The WLAN interval begins at the WLAN target beacon transmit time (TBTT). The length of WLAN subinterval is $T_{WLAN}$, which is specified in the offset field of the medium sharing element (MSE) in the beacon. The WPAN subinterval begins at the end of the WLAN interval. The length of the WPAN subinterval is $T_{WPAN}$, which is specified in the duration field of the MSE in the beacon. The combined length of these two subintervals shall not be greater than the beacon period. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,653,031

| Luminator Technology Group Global, LLC | |
|---|---|
| **Claim 15** | |
| | Figure 2—Timing of the WLAN and WPAN subintervals (showing TBTT, T$_B$, WLAN Interval, WPAN Interval, T$_{WLAN}$, T$_{WPAN}$, T$_{GUARD}$) <br><br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, pp. 13-14) <br><br>The Accused Products comprise a processor configured for determining a transmit opportunity on the shared-communications channel wherein the transmit opportunity is based on the beacon interval. <br><br>INFORM TELEMATICS Samsung 8" Tablet comprises a processor (e.g., in INFORM TELEMATICS Samsung 8" Tablet) configured for determining a transmit opportunity on the shared-communications channel wherein the transmit opportunity is based on the beacon frame. |
| a processor configured for determining a transmit opportunity on the shared-communications channel | |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,653,031

| Claim 15 | Luminator Technology Group Global, LLC |
|---|---|
| wherein the transmit opportunity is based on the time at which the beacon frame is received and on the beacon interval; and | The IEEE 802.11 WLAN AP sends out a beacon at a periodic interval. The beacon period is $T_B$. AWMA subdivides this interval into two subintervals: one for WLAN traffic and one for WPAN traffic. Figure 2 illustrates the separation of the WLAN beacon interval into two subintervals. The WLAN interval begins at the WLAN target beacon transmit time (TBTT). The length of WLAN subinterval is $T_{WLAN}$, which is specified in the offset field of the medium sharing element (MSE) in the beacon. The WPAN subinterval begins at the end of the WLAN interval. The length of the WPAN subinterval is $T_{WPAN}$, which is specified in the duration field of the MSE in the beacon. The combined length of these two subintervals shall not be greater than the beacon period.<br><br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 13) |
| an interface configured for notifying a second air interface subsystem of the transmit opportunity, wherein the second air interface subsystem comprises a first transmitter, wherein the first transmitter is configured to communicate in | The Accused Products comprise an interface configured for notifying a second air interface subsystem of the transmit opportunity, wherein the second air interface subsystem comprises a first transmitter, wherein the first transmitter is configured to communicate in accordance with a second communications protocol using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer.<br><br>INFORM TELEMATICS Samsung 8" Tablet comprises an interface (e.g., AWMA Medium Free Generation) for notifying a second air interface (e.g., 802.15 Device) of the transmit opportunity. The second air interface subsystem comprises a first transmitter (e.g., 802.15 transmitter) configured to communicate in accordance with a second communications protocol (e.g., 802.15, Bluetooth, etc.) using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer (e.g., processor-based device). |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,653,031



| Luminator Technology Group Global, LLC | |
|---|---|
| **Claim 15** | |
| accordance with a second communications protocol using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer. | Figure 1—Overall structure of 802.11b / 802.15.1 combined AWMA and PTA collaborative coexistence mechanism<br><br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 10) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,653,031

| Claim 15 | Luminator Technology Group Global, LLC |
|---|---|
| | **5.1 WLAN/WPAN synchronization** <br><br> AWMA requires that a WLAN node and the WPAN master are collocated in the same physical unit (e.g., both within a single laptop computer). AWMA requires the WLAN node to control the timing of the WLAN and WPAN subintervals. All WLAN nodes connected to the same AP are synchronized, and hence have the same TBTT. As a result all units that implement AWMA have synchronized WLAN and WPAN subintervals. The WLAN node is required to send a physical synchronization signal to the WPAN master, which is in the same physical unit as the WLAN node. That synchronization signal specifies both the WLAN interval and the WPAN interval. This synchronization signal is called the medium free signal. Therefore, the medium is free of WLAN traffic when the medium free signal is true. Figure 3 illustrates the medium free signal. <br><br> (802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 15) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**